IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT KOTSUR, on behalf of himself and all others similarly situated,** | : : : | |
| **Plaintiff,** | : : | |
| | : | **CIVIL ACTION** |
| v. | : : | |
| **GOODMAN GLOBAL, INC., GOODMAN MANUFACTURING COMPANY, L.P., and GOODMAN COMPANY, L.P.,** | : : : : | **No. 14-1147** |
| **Defendants.** | : : | |

**ORDER**

      AND NOW, this 17th day of November, 2014, after consideration of Plaintiff Robert Kotsur's complaint on behalf of himself and all others similarly situated in state court (paper no. 1, ex. A) and defendants' notice of removal to the United States District Court for the Eastern District of Pennsylvania pursuant to the Class Action Fairness Act ("CAFA")(paper no. 1), it is **ORDERED** that:

1. The court has **JURISDICTION** over this matter.

2. Defendants may file a response to plaintiff's motion for class certification on or before **December 15, 2014**.

3. Plaintiff may file a reply in support of his motion for class certification on or before **December 29, 2014**.

4. A hearing on the class certification motion will be held in Courtroom 10-A on **January 13, 2014 at 11:00 a.m.**

                                                       /s/ Norma L. Shapiro
                                                                              J.