**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT KOTSUR, on behalf of himself and all others similarly situated,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **GOODMAN GLOBAL, INC., GOODMAN MANUFACTURING COMPANY, L.P., and GOODMAN COMPANY, L.P.,** | : | |
| | : | **No. 14-1147** |
| **Defendants.** | : | |

## <u>ORDER</u>

   **AND NOW**, this 22nd day of August, 2016, upon consideration of Plaintiff's "Motion for Class Certification" (ECF No. 62) and Defendants' Response thereto and Defendants' "Motion to Exclude Opinions of Paul J. Sikorsky" (ECF No. 82) and Plaintiff's Response thereto for the reasons set forth in the accompanying Memorandum Opinion of today's date, it is

**ORDERED** that:

   1. Plaintiff's "Motion for Class Certification" is **DENIED**.

   2. Defendants' "Motion to Exclude Opinions of Paul J. Sikorsky" is **DENIED**.

                                                            /S/WENDY BEETLESTONE, J.

                                                            _____
                                                            **WENDY BEETLESTONE, J.**