

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KOTSUR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODMAN GLOBAL, INC., GOODMAN MANUFACTURING COMPANY, L.P., and GOODMAN COMPANY, L.P.,<br><br>Defendants. | Civil Action No. 2:14-cv-01147-WB |

**FILED**
OCT 18 2016
LUCY V. ___, Interim Clerk
By ___ Dep. Clerk

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST
## FOR REDACTION OF TRANSCRIPT OF AUGUST 16, 2016 HEARING

AND NOW, this 18th day of October, 2016, upon consideration of Defendants' Request for Redaction of Transcript of August 16, 2016 Hearing,

It is hereby ORDERED that Defendants' Request is GRANTED, and the following information shall be redacted:

| Page | Line | Material |
|---|---|---|
| 10 | 8, 11 | Purported number of warranty claims |
| 11 | 4 | Purported number of warranty claims |
| 44 | 8, 11, 16, 17 | Discussion of warranty-claim-rate trends |
| 52 | 18 | Discussion of warranty-claim-rate trends |
| 55 | 10 | Purported number of warranty claims |
| 56 | 12-14, 18-23 | Discussion of warranty-claim-rate trends |
| 57 | 22, 24 | Purported number of warranty claims |

Dated: **10/18**, 2016         BY THE COURT:

_____
Wendy Beetlestone
United States District Judge

ENTERED

OCT 18 2016

CLERK OF COURT